*Frank A. Bellucci* for appellant.

*Ralph Stout* and *Theodore T. Weiser* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NILO BETRAM RIVERA, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NICHOLAS LEONARDO RICHICHI, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SOLOMON MEYERS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY J. ADAMOS, Appellant.

Argued October 5, 1953; decided October 22, 1953.

*William F. Horan* for appellants.

*Samuel Faile, District Attorney (George D. Burchell* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.